# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSEPHINE GLASS,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:06CV558** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JANE DOE, Director of Health and Human Services, and NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's motion to proceed *in forma pauperis* (Filing No. 2). The plaintiff filed an affidavit in support of the motion. **See** Filing No. 2, Exhibit 1. Upon consideration,

**IT IS ORDERED:**

The plaintiff's motion to proceed *in forma pauperis* (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

DATED this 23rd day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge