IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSEPHINE GLASS,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:06CV558** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JANE DOE and** | ) | |
| **NEBRASKA DEPARTMENT OF** | ) | |
| **HEALTH AND HUMAN SERVICES,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's response to the court's January 3, 2007 Order to Show Cause. The plaintiff's response seeks an order allowing the plaintiff to proceed *in forma pauperis* and allow her additional time to serve the defendants. The plaintiff's attorney, Sheri Long Cotton, states the plaintiff was attempting to attain other counsel, but could not do so without paying a large retainer. Ms. Cotton agreed to prosecute the matter on behalf of the plaintiff if the court allows an extension of time to serve the defendants.

The complaint was filed on August 22, 2006. **See** Filing No. 1. Accordingly, the deadline for service of process expired on or about December 20, 2006. The record shows that no summons has been issued and there no proof of service of process on the defendants. The plaintiff was granted leave to proceed *in forma pauperis* on August 23, 2006. **See** Filing No. 7. Under the circumstances, the court finds a brief extension of time to allow service is warranted. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall have to **on or before March 19, 2007**, to effect service of the summons and complaint upon the defendants.

Dated this 16th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge