# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOSEPHINE GLASS,** ) | |
| ) | **8:06CV558** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **JANE DOE, Director of Health and** ) | |
| **Human Services, STATE OF** ) | |
| **NEBRASKA DEPARTMENT OF HEALTH,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the defendants' letter request for an extension of time to report on the status of mediation efforts. Upon consideration, the request will be granted.

**IT IS ORDERED:**

The parties shall have to **on or before September 20, 2007**, to report to the court on the status of the parties' mediation efforts.

DATED this 20th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge