# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSEPHINE GLASS,** | ) | |
| | ) | **8:06CV558** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NEBRASKA DEPARTMENT OF** | ) | |
| **HEALTH AND HUMAN SERVICES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on scheduled telephone planning conference for 10:00 a.m on November 9, 2007.  **See** Filing No. 23.  The plaintiff failed to initiate or participate in the conference call as directed.  The telephone planning conference is continued to November 27, 2007, at 10:00 a.m.  The plaintiff shall initiate the conference call.  Failure of any party to comply with this order shall result in the imposition of appropriate sanctions.

**IT IS SO ORDERED.**

DATED this 9th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge