**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF NEBRASKA**

| | | |
|---|---|---|
| JOSEPHINE GLASS | ) | CASE NO. 8:06-CV-0558 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| JANE DOE, Director of Health and Human | ) | |
| Services STATE OF NEBRASKA | ) | |
| DEPARTMENT OF   HEALTH | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER  comes before this Court on the Plaintiff's Motion for an Order Dismissing the above captioned case without prejudice.  The Court has reviewed the motion and is advised in the premises.

IT IS ORDERED as follows:

1.      The above captioned case be and hereby is dismissed without prejudice.

2.      The Plaintiff shall pay the sum of $175.00 to Defendant for attorney fees and costs previously awarded to Defendant.

DATED this 22nd day of February, 2008

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Court Judge